UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LONZO LEE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 1:06-cv-268-SEB-JMS ) |
| MR. OSBORN, et al, | ) ) |
| Defendants. | ) ) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 04/03/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov

Cory Christian Voight
INDIANA STATE ATTORNEY GENERAL
cory.voight@atg.in.gov

Lonzo Lee
DOC #893561
Westville Correctional Center
P.O. Box 473
Westville, IN 46391